UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20882-Civ-COOKE/BANDSTRA

EDGAR MEJIAS, *et al.*,

    Plaintiffs

vs.

TENUSA, INC.

    Defendant.

_____/

## ORDER OF COURT-MANDATED REQUIREMENTS IN FLSA-BASED CASES

    **THIS CAUSE** is before the Court upon the filing of an action under the Fair Labor Standards Act (FLSA) by which the Plaintiff seeks unpaid wages. To assist the Court in the management of the case, the Plaintiff is **ORDERED** to file with the Court a statement of claim setting forth the amount of the alleged unpaid wages, the calculation of such wages, and the nature of the wages (*e.g.* overtime or regular) *within twenty-one days from the date below*. Also within that allotted time, the Plaintiff shall serve a copy of this Order, the statement of claim, *and copies of all documents supporting the claim* (*e.g.* time slips, pay stubs) on the Defendant's counsel. The Plaintiff shall, on that same date, additionally file a notice of full compliance with this Order.

    The Defendant, *within fourteen days of service of the Plaintiff's statement of claim*, is **ORDERED** to file with this Court a response to the Plaintiff's statement, and provide the Plaintiff with copies of all documents supporting its defenses. Concurrently, the Defendant shall file a notice of full compliance with this Order.

    The Parties are hereby advised that this case will be on the Court's FLSA expedited-track calendar pursuant to which trial shall be set five (5) months after the Plaintiff files the required

statement of claim. Furthermore, barring the most extreme of compelling circumstances, ***the Court will not grant any motions for a continuance and/or extensions of time***.

*Failure to comply with this Order may result in default, dismissal, and/or sanctions*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of March 2011.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*