UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-20882-CIV-COOKE/BANDSTRA

EDGAR MEJIAS, MANUEL RODRIGUEZ,
OSCAR REYES, NOE AYALA LOPEZ,
MARIO HERNANDEZ, ADAR RODRIGUEZ,
and GUILLERMO URIZA, on their own
behalves and others similarly situated,

    Plaintiffs,

v.

TENUSA, INC., a Florida Company

    Defendant.
_____/

## STATEMENT OF CLAIM

Pursuant to this Court's Order dated March 29, 2011, Plaintiffs hereby file their Statement of Claim. All Plaintiffs were paid a varying day rate, worked approximately 46 hours per week (more during the summer season), worked between 5-6 days per week and were terminated on 02/04/11. As the Complaint in this matter was filed on 03/14/11, pursuant to a 2 year statute of limitations, all Plaintiffs (with the exception of Adar Rodriguez), are seeking to recover damages for the period from 03/14/2009 through 02/04/11, for a total of 99 weeks. Although Plaintiffs are without any pay and time records at this time, they estimate their damages as follows:

    1.    Uriza Guillermo: $60/day x 5 days = $300/wk /40 = $7.5 x 1.5 = $11.25 x 6 OT hrs/wk = $67.5 OT/wk x 99 wks = $6,682.50 (unliquidated) and $13,365 (liquidated)

    2.    Adar Rodriguez: Started approximately 11/15/09 therefore he can recover for a total of 63 weeks.  $70/day x 5 days = $350/40 = $8.75 x 1.5 = $13.13 x 6 OT

hrs/wk = $78.75/wk x = $4,961.25 (unliqudiated) and $9,922.50 (liquidated)

3. Mario Hernandez: $60/day x 5 days = $300/40 = $7.5 x 1.5 = $11.25 x 6 OT hrs/wk = $67.5 OT/wk x 99 wks = $6,682.50 (unliquidated) and $13,365 (liquidated)

4. Noe Ayala Lopez: $80/day x 5 days = $400/40 = $10 x 1.5 = $15 x 6 OT hrs/wk = $90 OT/wk x 99 wks = $8,910 (unliquidated) and $17,820 (liquidated)

5. Oscar Reyes: $60/day x 5 days = $300/40 = $7.5 x 1.5 = $11.25 x 6 OT hrs/wk = $67.5 OT/wk x 99 wks = $6,682.50 (unliquidated) and $13,365 (liquidated)

6. Edgar Mejia: $60/day x 5 days = $300/40 = $7.5 x 1.5 = $11.25 x 6 OT hrs/wk = $67.5 OT/wk x 99 wks = $6,682.50 (unliquidated) and $13,365 (liquidated)

7. Manuel Rodriguez: $60/day x 5 days = $300/40 = $7.5 x 1.5 = $11.25 x 6 OT hrs/wk = $67.5 OT/wk x 99 wks = $6,682.50 (unliquidated) and $13,365 (liquidated)

Plaintiffs' Total Damages: $94,567.50, plus reasonable attorneys' fees and costs.

Respectfully submitted this 18th day of April, 2011.

/s KELLY AMRITT
Kelly Amritt
Florida Bar No.: 0648779
LAW OFFICES OF ROBERT RUBENSTEIN, P.A.
2 South University Drive, Ste. 235
Plantation, Florida, 33324
Telephone: (954) 661-6000
Facsimile: (954) 515-5787
Email: kelly@robertrubenstein.com
Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April, 2011, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to: Martin E. Leach, Esq., Counsel for Defendant, at Feiler & Leach, P.L., 901 Ponce De Leon Blvd # P, Coral Gables, FL 33134-3073.

/s KELLY AMRITT
Kelly Amritt